Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Lawrence A. Barrett, appellee, v. R. A. Gardner, appellant. Gen. No. 40,373.

Opinion filed
April 26, 1939.  Rehearing denied May 8, 1939.

Gustav E. Beerly, for appellant; John F. Diffenderffer, Jr. and Richard T. Savage, of counsel.  Concannon, Dillon, Bostelman & Snook, for appellee; R. F. Bostelman and Austin G. Rigney, of counsel.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.